

## IN THE COMMON PLEAS COURT OF MONTGOMERY COUNTY PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>V.<br><br>NICOLE M. RYZIW F/K/A NICOLE M. GALLAGHER, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 18-03582<br><br>Sheriff's Sale Date: _____ |

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: Summons & Complaint**

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served NICOLE M. RYZIW F/K/A NICOLE M. GALLAGHER the above process on the 5 day of October, 2018, at 8:50 o'clock, PM, at 65 ORCHARD COURT ROYERSFORD, PA 19468, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>41-45</u>  Height <u>5'1</u>  Weight <u>120</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>  Hair <u>BLONDE</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>    ) SS:
County of <u>Berks</u>    )

Before me, the undersigned notary public, this day, personally, appeared <u>Shannon Beckier</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-184465
Case ID #: 5315569

Subscribed and sworn to before me
this <u>11</u> day of <u>Oct</u>, 20<u>18</u>.

_____
COMMONWEALTH OF PENNSYLVANIA    Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021