# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLE M. RYZIW** | : | **NO. 18-3582** |

## ORDER

**NOW**, this 25th day of October, 2018, upon consideration of the parties' Stipulation to Extend Time (Document No. 4), it is **ORDERED** that defendant shall respond to the complaint no later than **November 9, 2018**.

/s/TIMOTHY J. SAVAGE