UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NICOLE M. RYZIW f/k/a NICOLE M. GALLAGHER<br><br>　　　　Defendant. | CIVIL ACTION<br><br>No. 18-3582 |

## **NOTICE OF APPEARANCE**

To: Clerk, United States District Court for the Eastern District of Pennsylvania:

Kindly enter the appearance of Daniel Urevick-Ackelsberg of the Public Interest Law Center as counsel on behalf of the defendant in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 13, 2018　　　　　　　　 /s/ Daniel Urevick-Ackelsberg
　　　　　　　　　　　　　　　　　　　　Daniel Urevick-Ackelsberg, Esq.

　　　　　　　　　　　　　　　　　　　　Daniel Urevick-Ackelsberg, Esq.
　　　　　　　　　　　　　　　　　　　　(Bar No. 307758)
　　　　　　　　　　　　　　　　　　　　PUBLIC INTEREST LAW CENTER
　　　　　　　　　　　　　　　　　　　　1709 Benjamin Franklin Parkway
　　　　　　　　　　　　　　　　　　　　2nd Floor
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　　　　　(215) 627-7100
　　　　　　　　　　　　　　　　　　　　dackelsberg@pubintlaw.org

## **CERTIFICATE OF SERVICE**

  I hereby certify that service of a true and correct copy of the enclosed Notice of Appearance was made on November 13, 2018, and served to Defendant via the electronic filing system.

                /s/ Daniel Urevick-Ackelsberg
              Daniel Urevick-Ackelsberg, Esquire
              PUBLIC INTEREST LAW CENTER
              1709 Benjamin Franklin Parkway
              2nd Floor
              Philadelphia, PA 19103