UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>NICOLE M. RYZIW f/k/a NICOLE M. GALLAGHER<br><br>Defendant(s) | CIVIL NO. 18-03582 |

**CERTIFICATE OF SERVICE**

I, Rebecca A. Solarz, Esquire, hereby certifies that the foregoing Rule 26 Disclosures has been served by first class mail, postage pre-paid, upon the parties listed below on November 13, 2018.

DANIEL UREVICK-ACKELSBERG
Public Interest Law Center
1709 Benjamin Franklin Parkway
Second Floor
PHILADELPHIA, PA 19103
267-546-1316
Fax: 215-627-3183
Email: dackelsberg@pubintlaw.org

CHRISTINA DRZAL
LEGAL AID OF SOUTHEASTERN PA
419 AVENUE OF THE STATES, SUITE 605
CHESTER, PA 19013
610-874-8421, EXT. 315
Email: cdrzal@lasp.org

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esq.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327