IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-3582** |
| | : | |
| **NICOLE M. RYZIW** | : | |

## SCHEDULING ORDER

**NOW**, this 14th day of November, 2018, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. All fact discovery shall be completed no later than **January 11, 2019**.

2. Counsel shall participate in a settlement conference to be scheduled by Magistrate Judge Jacob P. Hart.

3. The parties shall file and serve cross-motions for summary judgment no later than **February 15, 2019**. Responses shall be filed no later than **March 1, 2019**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Savage's Scheduling and Motion Policies and Procedures, specifically:

   (a) The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, each material fact which the movant contends is undisputed;

   (b) The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts, responding to each numbered paragraph set forth in the Statement of Undisputed Facts, which the respondent contends presents a genuine disputed issue. The respondent shall also set forth, in separate

numbered paragraphs, each additional fact which the respondent contends precludes summary judgment;

(c)     All material facts set forth in the Statement of Undisputed Facts served by the movant shall be deemed undisputed unless specifically controverted by the opposing party;

(d)     Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement.  Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title, page and line of the document supporting each statement.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.