# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff<br><br>vs.<br><br>NICOLE M. RYZIW f/k/a NICOLE M. GALLAGHER<br><br>       Defendant | CIVIL NO. 18-03582 |

## PRAECIPE TO WITHDRAW MOTION

  Kindly withdraw Plaintiff's Motion to Extend All Deadlines Listed Within the November 14, 2018 Scheduling Order filed in the above matter on January 16, 2019.


        Respectfully submitted,

        KML Law Group, P.C.


        By: _/s/Rebecca A. Solarz, Esq._
        Rebecca A. Solarz, Esquire
        Pennsylvania Attorney I.D. No. 315936
        Suite 5000 – BNY Independence Center
        701 Market Street
        Philadelphia, PA  19106-1532
        (215) 825-6327

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA <br><br>           Plaintiff <br><br> vs. <br><br> NICOLE M. RYZIW f/k/a NICOLE M. GALLAGHER <br><br>           Defendant | CIVIL NO. 18-03582 |

**CERTIFICATION OF SERVICE**

  I hereby certify that a true and correct copy of Praecipe to Withdraw Motion to Extend All Deadlines Listed Within the November 14, 2018 Scheduling Order was sent via ECF Notice, upon the following on January 16, 2019 listed below:

Christina Drzal, Esquire
Legal Aid of Southeastern Pennsylvania
419 Avenue of the State, Suite 605
Chester, PA 19013

Public Interest Law Center
Daniel Urevick-Ackelsberg Esq
1709 Benjamin Franklin Parkway
Second Floor
Philadelphia, PA 19103

         KML Law Group, P.C.

         By: _/s/Rebecca A. Solarz, Esq._
         Rebecca A. Solarz, Esquire
         Pennsylvania Attorney I.D. No. 315936
         Suite 5000 – BNY Independence Center
         701 Market Street
         Philadelphia, PA 19106-1532
         (215) 825-6327