IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLE M. RYZIW** | : | **NO. 18-3582** |

## ORDER

**NOW**, this 17th day of January, 2019, upon consideration of the Motion to Place the Instant Case in a Deferred Status (Document No. 21), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. All deadlines set forth in the Scheduling Order are **STAYED**; and,

2. Within two weeks of the end of the government shutdown, the parties shall submit a proposed amended scheduling order.

<u>/s/TIMOTHY J. SAVAGE</u>