IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO.   18-3582 |
| NICOLE M. RYZIW | : | |

### AMENDED CONFERENCE ORDER

**AND NOW**, this 22nd day of January, 2019, pursuant to the Order dated January 17, 2019, signed by Hon. Timothy J. Savage, placing the above-captioned matter into Deferred Status pending the resolution of the government shutdown, **IT IS ORDERED** that the settlement conference in the above-captioned matter scheduled to be held before the undersigned on February 19, 2019 @ 10:00 am, is **CANCELLED.**  Upon the reopening of the government, the settlement conference will be rescheduled.

BY THE COURT:

/s/Jacob P. Hart
_____

JACOB P. HART, MJ