IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| **v.** | : | |
| **NICOLE M. RYZIW** | : | **NO. 18-3582** |

### AMENDED SCHEDULING ORDER

**NOW**, this 13th day of February, 2019, upon the request of the parties, it is **ORDERED** that the Scheduling Order is amended as follows:

1. All fact discovery shall be completed no later than **June 11, 2019**.

2. The parties shall file and serve cross-motions for summary judgment no later than **July 22, 2019**. Responses shall be filed no later than **August 5, 2019**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Savage's Scheduling and Motion Policies and Procedures, specifically:

   (a) The movant shall file, in support of the motion for summary judgment, a Statement of Undisputed Facts which sets forth, in numbered paragraphs, each material fact which the movant contends is undisputed;

   (b) The respondent shall file, in opposition to the motion for summary judgment, a separate Statement of Disputed Facts, responding to each numbered paragraph set forth in the Statement of Undisputed Facts, which the respondent contends presents a genuine disputed issue. The respondent shall also set forth, in separate numbered paragraphs, each additional fact which the respondent contends precludes summary judgment;

   (c) All material facts set forth in the Statement of Undisputed Facts served by the movant shall be deemed undisputed unless specifically controverted by the

opposing party; and,

   (d) Statements of material facts in support of or in opposition to a motion for summary judgment shall include specific and not general references to the parts of the record which support each statement. Each stated fact and each statement that a material fact is disputed shall cite the source relied upon, including the title, page and line of the document supporting each statement.

              <u>/s/TIMOTHY J. SAVAGE</u>