IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 18-3582 |
| NICOLE M. RYZIW | : | |

## O R D E R

AND NOW, this 14th day of February, 2019, IT IS ORDERED that a **TELEPHONIC** status conference is HEREBY SCHEDULED to be held before the undersigned on **TUESDAY, FEBRUARY 19, 2019, at 9:30 a.m.**, for the purpose of scheduling a settlement conference in this matter. **Counsel shall dial into the Court's conference call line at (877) 336-1828 and enter Access Code 4305075.**

The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call. In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

/s/Jacob P. Hart

_____

JACOB P. HART, MJ