IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | NO. 18-3582 |
| NICOLE M. RYZIW | : | |

**CONFERENCE ORDER**

**AND NOW**, this 19th day of February, 2019, following the Court's telephonic conference with counsel, **IT IS ORDERED** that a settlement conference in the above-captioned matter is **HEREBY** SCHEDULED to be held before the undersigned on **WEDNESDAY, APRIL 3, 2019, at 10:00 a.m.**, in Courtroom 3D, Third Floor, United States Courthouse, 601 Market St., Philadelphia, PA 19106.

Counsel **MUST** have a client with full and complete settlement authority physically present for the duration of the conference. **FULL AND COMPLETE AUTHORITY MEANS THE PARTY'S REPRESENTATIVE MUST POSSESS AUTHORITY CONSISTENT WITH THE MOST RECENT DEMAND.**[1]

Please complete the attached summary and fax it to Chambers (215)580-2163, on or before **WEDNESDAY, MARCH 27, 2019**. Unless otherwise requested, summaries may be shared with opposing counsel.

If Counsel chooses to submit a confidential position paper for the Court's consideration, it shall be no longer than 2 pages, and shall be faxed directly to Chambers (fax. no. 215-580-2163) on or before **WEDNESDAY, MARCH 27, 2019**. The position paper should address the party's settlement position, as well as any other issue that counsel believes will be of assistance to the Court in helping the parties resolve this matter. **THIS DOCUMENT IS NOT TO BE SHARED WITH OPPOSING COUNSEL NOR FILED OF RECORD. THIS IS FOR JUDGE HART'S EYES ONLY.**

BY THE COURT:

/s/Jacob P. Hart
_____

JACOB P. HART, MJ

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case **must** attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

**SETTLEMENT CONFERENCE SUMMARY**

CAPTION:_____

DISTRICT COURT JUDGE_____   JURY/NON-JURY

                                                                                                                          (Circle One)

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

Name:_____

Address:_____

Phone:_____

Client:_____


CLIENT ATTENDING SETTLEMENT CONFERENCE:

      Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____
_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS/DEMANDS:

_____
_____