**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLE M. RYZIW** | : | **NO. 18-3582** |

## ORDER

**NOW**, this 9th day of April, 2019, upon consideration of the Plaintiff's Motions to Amend the April 3, 2019 Court Order (Document Nos. 31 and 32), it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that the Order of April 3, 2019 dismissing the case with prejudice is **STRICKEN**.

/s/TIMOTHY J. SAVAGE