# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NICOLE M. RYZIW** | : | **NO. 18-3582** |

## ORDER

**NOW**, this 9th day of April, 2019, it having been reported that the issues between the parties in this action have been settled, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE